## MORRISON *v.* BARKER AND TRUSTEE.

Under sec. 7 of chap. 230, Gen. Statutes, the deposition of a trustee may be taken before the return day, without giving notice of the taking to the principal defendant.

FOREIGN ATTACHMENT, in which James S. Morrison is plaintiff, and Melville H. Barker, principal defendant, and John L. Kelley, trustee.   The plaintiff summoned the trustee to give his deposition at the same time that his writ was served on said trustee, and he proceeded to take his deposition according to said notice ; and no notice was given or attempted to be given to the principal defendant of the taking of said trustee's deposition, and the same was taken without the knowledge of said principal defendant.   The trustee would be chargeable upon the disclosure as taken.

Plaintiff moved the court that the trustee be charged upon his disclosure. The principal defendant was defaulted in the action, after notice to him by publication. The court, *pro forma*, denied the plaintiff's motion, on the ground that the deposition of the trustee had been taken without notice to the principal defendant; and the question was reserved.

*Barnard & Sanborn*, for the plaintiff.

SMITH, J. Notice need not be given to the principal defendant of the taking of the trustee's deposition, under sec. 7 of chap. 230, Gen. Statutes. No motion having been made by any party to give further time "for taking other depositions" (see sec. 20 of chap. 230, Gen. Stats.), the trustee must be charged upon his deposition.

*Exception sustained.*